IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WANDA GOODPASTER, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>CITY OF INDIANAPOLIS, COUNTY OF )<br>MARION, MAYOR GREGORY BALLARD )<br>and the INDIANAPOLIS CITY-COUNTY )<br>COUNCIL, )<br>)<br>Defendants. ) | Cause No. 1:12-cv-669-RLY-DML |

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BOBBY RAY LONG, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GREG BALLARD, Mayor of Indianapolis, in )<br>his official capacity; CITY-COUNTY )<br>COUNCIL OF INDIANAPOLIS, INDIANA, )<br>in its official capacity; JOHN BARTH; JEFF )<br>MILLER; BRIAN MAHERN; VERNON )<br>BROWN; BEN HUNTER; ANGELA )<br>MANSFIELD; and MAGGIE LEWIS, )<br>)<br>Defendants. | Cause No. 1:12-cv-569-JMS-DML |

## Declaration of Andrew Hyland

Andrew Hyland, first being duly sworn upon his oath, now states as follows:

1. I am a competent, adult male, and I have personal knowledge of the matters contained in this declaration.

2. I have hold a PhD in Epidemiology and a MA in Statistics from the State University of New York at Buffalo. A true and accurate copy of my *curriculum vitae* is submitted herewith as Exhibit DD.

3. At the request of the City of Indianapolis, I have prepared the attached report submitted herewith as Exhibit EE.

4. In support of that report, I reviewed the following documentation:

    a. The written report to the court submitted by John Dale Dunn, JD, MD.

    b. The CV of Dr. Dunn.

    c. Other writings and web posts of Dr. Dunn.

    d. The 2006 Surgeon's General Report (SGR) on the harmful effects of secondhand smoke.

    e. Selected source articles cited in the 2006 SGR and Dr. Dunn's written report to the court.

5. As part of this declaration, I incorporate and adopt that report and its contents herein under oath as if the report was stated fully in this declaration.

6. In my career, I have over 200 peer reviewed publications, including over 150 in the last ten years. A list of those publications is included with my *curriculum vitae*.

7. I am a Full Professor and Chair of the Department of Health Behavior at Roswell Park Cancer Institute.

8. I am the Deputy Editor of the peer-reviewed journal <u>Tobacco Control</u>, the first and leading international journal devoted to the study of tobacco and health.

9. I am widely recognized as an international expert on second hand smoke issues having served on a number of advisory panels for leading agencies (e.g., CDC, NCI, and IARC). My research program won the 2007 Global Smokefree Partnership award for research excellence.

10. As part of this declaration, I incorporate and adopt my report (Exhibit DD) by reference and its contents herein under oath as if the report was stated fully in this declaration.

11. At this time, I have not accepted any compensation for time from the City of Indianapolis.

I swear or affirm that the foregoing representations are true.


_September 25, 2012_____      _____*signature*_____
Date                                       Andrew Hyland, PhD, MA