


Expert Report of Andrew Hyland, PhD in the case of Goodpaster vs. City of Indianapolis.  September 25, 2012.

I am the Chair of the Department of Health Behavior at Roswell Park Cancer Institute in Buffalo, New York.  I have a PhD in Epidemiology and a Masters degree in Statistics from the State University of New York @ Buffalo.  I have been doing research in cancer prevention and tobacco control for the past 18 years and have over 200 peer-reviewed publications.  I am the Deputy Editor of the Journal Tobacco Control, hold numerous peer review research grants, and am recognized as an expert in the area of secondhand smoke having served on a number of advisory committees to large health agencies such as the CDC, IARC, and the NCI.

I have evaluated the CV and written report to the court from John Dale Dunn, JD, MD.  Based on my experience as an expert in the field of the health impacts of secondhand smoke, it is my opinion that Dr. Dunn's report is filled with unsubstantiated opinions and I question his qualifications to critically evaluate the available science to formulate an objective opinion based on the totality of available evidence.

Of the eight points made in Dr. Dunn's report, six are purely his opinion about the role of government regulation of tobacco.  For example, in point #1 Dr. Dunn asserts that 'the anti-smoking activists haven't had the nerve or courage to try to eliminate smoking', in point #2 Dr. Dunn asserts that 'the anti-smoking crusade what their goal is, but smoker (sic) would just prefer to be left alone', and in point #3 Dr. Dunn asserts that smokers are aware of the health risks of smoking 'unless they are unconscious, and engage in legal activity and would suggest the government should leave them alone.'

These opinions aside, the matter of this case is whether secondhand smoke is a health risk.  The definitive report assessing the health risks of secondhand smoke is the 2006 Surgeon General's Report titled "The Health Consequences of Involuntary Smoking".  A summary conclusion from that report is "exposure to secondhand smoke causes excess deaths in the U.S. population from lung cancer and cardiac related illnesses."  In press conference remarks the Surgeon General concluded that there is no safe level of SHS exposure.  The report is the 29th in a series of reports from the Surgeon General on tobacco.  It is widely accepted in the scientific community that the Surgeon Generals' Reports on tobacco represent the best science available to the scientific community.   The 2006 report provides a timeline by which the Surgeon General has concluded over the years that various conditions were caused by SHS.  The first such conclusion was 40 years ago – in 1972 – that SHS was harmful to cardiac and pulmonary function.  Subsequent reports in 1984 and 1986 added an array of additional medical conditions to be caused by SHS exposure.  The 2006 report provides a capstone to the decades-long research on this topic.  The evidence reviewed in the 2006 Surgeon General's Report covers a wide array of disciplines including studies on the basic toxicology of SHS, to clinical studies on the effects of SHS, to population-based epidemiologic studies.  The conclusions from the report are based on the totality of evidence from decades of research.  This 2006 report is one of at least nine other major reviews on this topic by well respected scientific agencies that reach the same conclusion – secondhand smoke is a cause of disease in children and adults.

In Dr. Dunn's report, he argues that the null findings of two epidemiologic studies should invalidate the prevailing scientific consensus from decades of research on the health risks of SHS.

The epidemiologic principles of determining causality, which were first published in the very first Surgeon General Report on smoking and health in 1964, indicate that the totality of evidence from different types of studies and study designs need to be taken into account along with the existence of plausible biologic mechanisms of disease risk as well as statistical evidence of an association between an exposure and disease.  Furthermore, both of the dissenting studies have a potential major bias in how SHS exposure was assessed that would mask an association.  It is inherently difficult to accurately assess SHS exposure by asking people because historically SHS exposure had been so prevalent.  Take, for example, a person who reported their SHS exposure in 1960.  Smoking was widely accepted in the workplace, the home, shopping malls, and even hospitals.  People who report not being exposed are still likely to have had significant levels of background exposure that simply went unreported.  Therefore, when the investigators compare disease risk of those who report workplace SHS exposure, for example, and compare them to those who report not being exposed to any SHS it is not surprising that the investigators observed no difference in disease risk.  This is because SHS was ubiquitous; comparing the risk from any incremental exposure from the workplace above an already high background level of exposure is unlikely to show an association.  It is precisely for this reason – that different studies have different strengths and weaknesses – that scientific conclusions should be based on the totality of the evidence and not on a small subset of studies.  Reliance on a small subset of studies to formulate scientific opinion does not represent sound scientific practice.

In addition, based on my review of Dr. Dunn's report and his CV, I am left to question his credentials to objectively review a body of scientific evidence and formulate an objective opinion based on that evidence.  As mentioned above, Dr. Dunn's report is largely an opinion piece about the role of government regulation that might impact smokers and it is void of any scientific synthesis of the evidence about the health risks of SHS.  Upon reviewing Dr. Dunn's CV, there is little to suggest that he has peer-reviewed scientific credentials beyond his service as a medical doctor, and certainly nothing to indicate that his scientific credentials are comparable to that of the Surgeon General.  Dr. Dunn lists about two dozen publications most of which are related to the practice of medicine.  The words 'tobacco', 'smoke', or 'secondhand smoke' do not appear in the titles of any of the articles in his CV. Many of his listed publications are opinion pieces, few are published in peer-reviewed journals, and his most recent journal publication was in 2002.

In summary, Dr. Dunn's report represents his opinions about the role of government but there is nothing in his report to suggest that he has the scientific credentials to critically evaluate and objectively form a scientific view on the association between SHS exposure and health risks.  The 2006 Surgeon General Report is the definitive comprehensive review on this topic and the data overwhelmingly support a causal relation between SHS and an array of diseases in children and adults.

Andrew Hyland, PhD

Chair, Department of Health Behavior
Roswell Park Cancer Institute
Elm and Carlton Streets
Buffalo, NY 14263